IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  15-cv-00169-RPM

MELINDA C. O'ROURKE, M.D.,

      Plaintiff,

v.

THE GUARDIAN LIFEINSURANCE COMPANY OF AMERICA, and
BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA,

      Defendants.
_____

ORDER SETTING SCHEDULING CONFERENCE
_____

      Pursuant to D.C.COLO.LCivR 16, it is

      ORDERED that  a scheduling conference will be held on **April 10, 2015, at 10:30**

**a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse,

1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions

for   Preparation   of   Scheduling   Order   which   may   be   found   at

http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/JudicialPracticeStandar

ds/SeniorArticleIIIJudges/HonRichardPMatsch.aspx (Senior  Judge  Richard  P.  Matsch

Procedures) and use the format provided with those instructions (Rev. 10/2013).  The

proposed order (original only) on paper, shall be submitted directly to chambers by **4:00**

**p.m. on April 2, 2015.**  The conference is conducted with lead counsel present in person.

No parties or representatives of parties will be permitted to attend.  Initial disclosures under

Rule 26(a)(1) will be completed no later than 10 calendar days before the scheduling

conference.  It is

FURTHER ORDERED that defendant's shall file respective disclosure statements pursuant to Fed.R.Civ.P. 7.1.

Dated:   February 27th, 2015

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge