IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00169-*RPM*

MELINDA C. O'ROURKE, M.D.

      Plaintiff,

v.

THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, a New York corporation;
and BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA, a Massachusetts corporation

      Defendants.

---

## ORDER APPROVING STIPULATED MOTION FOR PROTECTIVE ORDER

---

The Court having reviewed the Stipulated Motion for Protective Order, and otherwise being advised in the premises,

**Orders:**

The Stipulated Motion for Protective Order is approved and hereby made an order of this Court.

Dated this 22 day of *April*, 2015

      BY THE COURT:

      _____

      Richard P. Matsch, Senior District Judge