IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00169-RPM

MELINDA C. O'ROURKE, M.D.,

Plaintiff,

v.

THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, a New York Corporation; and
BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA, a Massachusetts Corporation,

Defendants.

## ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE

The Court, having considered the Stipulation for Dismissal filed by Plaintiff, Melinda C. O'Rourke, M.D. and Defendants, The Guardian Life Insurance Company of America and Berkshire Life Insurance Company of America, being fully advised and for good cause shown, is of the opinion that the motion should be GRANTED.

**IT IS THEREFORE ORDERED** Plaintiff's claims against Defendants shall be dismissed with prejudice with each party to pay their own attorney's fees and costs.

**IT IS SO ORDERED.**

Date: August 21st, 2015

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge